No. 131. HARGRAVES v. VIRGINIA. Sup. Ct. App. Va. Motion of respondent to dispense with printing response to petition for certiorari granted. Certiorari denied.

No. 157. HOLLYWOOD BASEBALL ASSN. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 268. NOLAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 467. GORDON ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 5403. BOYDEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 162. HATCHER v. UNITED STATES. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 229. BLACKWELL v. MISSISSIPPI. Sup. Ct. Miss. Motion to dispense with printing petition granted. Certiorari denied.

No. 307. NEPSTEAD ET AL. v. UNITED STATES. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied.